UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Case No. 11-cv-9327(ER)
AMIR BENISTI,

                                Plaintiff,

    -against-

ALLIED ACCOUNT SERVICES, INC.,

                                Defendant.
----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all of the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-captioned action be and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:    Melville, New York
             December 17, 2012

FREDRICK SCHULMAN & ASSOCIATES

By: _____
Jacob J. Scheiner, Esq. (JS 5223)
Attorneys for Plaintiff
30 East 29th Street
New York, New York 10016
Tel: (212) 796-6053
Fax: (212) 951-7379

FICARA & ASSOCIATES, P.C.

By: _____
Donald J. Cayea, Esq. (DC 4635)
Attorneys for Defendant
155 Pinelawn Road, Suite 240N
Melville, New York 11747
Tel: (631) 237-4917
Fax: (631) 237-4776

SO-ORDERED:

_____
Hon. Edgardo Ramos, U.S.D.J.
Dated: Dec. 21, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2012